IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Harris, Irene | Case Number:  07 B 14208 |
| | Judge:  Wedoff, Eugene R |
| Printed: 03/10/09 | Filed:  8/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 4, 2008
Confirmed: December 27, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,531.34 | |
| Secured: | | 3,331.19 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 198.80 |
| Other Funds: | | 1.35 |
| Totals: | 3,531.34 | 3,531.34 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 2. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | CitiFinancial | Secured | 2,299.56 | 1,724.67 |
| 6. | Capital One Auto Finance | Secured | 7,003.73 | 1,261.51 |
| 7. | CitiMortgage Inc | Secured | 2,163.36 | 345.01 |
| 8. | American General Finance | Unsecured | 3,842.57 | 0.00 |
| 9. | Municipal Collection Services | Unsecured | 750.00 | 0.00 |
| 10. | Monterey Financial Services | Unsecured | 263.38 | 0.00 |
| 11. | Capital One Auto Finance | Unsecured | 1,285.25 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 295.32 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 1,227.86 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 3,230.00 | 0.00 |
| 15. | Linebarger Goggan Blair Pena & Samp | Priority | | No Claim Filed |
| 16. | Linebarger Goggan Blair Pena & Samp | Priority | | No Claim Filed |
| 17. | Linebarger Goggan Blair Pena & Samp | Priority | | No Claim Filed |
| 18. | Apex Financial Management LLC | Unsecured | | No Claim Filed |
| 19. | AR Resources | Unsecured | | No Claim Filed |
| 20. | Aspire Visa | Unsecured | | No Claim Filed |
| 21. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 22. | AT&T | Unsecured | | No Claim Filed |
| 23. | Midland Credit Management | Unsecured | | No Claim Filed |
| 24. | Leading Edge | Unsecured | | No Claim Filed |
| 25. | Professional Account Management | Unsecured | | No Claim Filed |
| 26. | Columbus Bank & Trust | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Harris, Irene | Case Number: 07 B 14208 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/10/09 | Filed: 8/7/07 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. TRS Services | Unsecured | | No Claim Filed |
| | | $ 22,361.03 | $ 3,331.19 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 150.43 |
| 6.5% | 48.37 |
| | $ 198.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: